**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No: 2:26-cr-61-RAH-CWB-3** |
| | ) | |
| **SHANIQUA JENNINE LAWRY** | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The defendant, Shaniqua Jennine Lawry, by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count 1 of the Indictment (Doc. 1). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 20th day of March 2026.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.